JAMES VANDER KLOK, COMPLAINANT, v. BOROUGH OF HAWTHORNE, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, RESPONDENT.

Submitted May 3, 1938—Decided August 17, 1938.

Before Justices TRENCHARD, PARKER and PERSKIE.

For the complainant, *Max P. Arlt* (*William V. Rosenkrans,* of counsel).

For the respondent, *Francis Caminetti.*

PER CURIAM.

This is complainant's rule to show cause why an alternative writ of *mandamus* should not issue, directing respondent to apply for commissioners to fix compensation and damages for land taken for the widening of Rock road between Goffle road and Lincoln avenue, in the borough of Hawthorne, in accordance with the provisions of an ordinance of the borough.

The depositions laid before us show that the facts are in substantial dispute and that the legal right to a *mandamus* is not clear. In such case an alternative writ only will be awarded, and accordingly the rule to show cause in this case will be made absolute. *Hugg* v. *Camden,* 39 *N. J. L.* 620; *Schnitzler* v. *New York Transportation Co.,* 76 *Id.* 171.